# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 26, 2010

Michael K. Jeanes, Clerk
Maricopa County Superior Court
Attn: Civil File Counter
201 W. Jefferson, 2nd Floor
Phoenix, AZ 85003

**RE: REMAND TO MARICOPA COUNTY SUPERIOR COURT**

**AZ District Court Case#:**   **CV 10-330-PHX-DGC**

**Superior Court Case#:**   **CV2010-001963**

Enclosed is a certified copy of the Order entered in this Court on March 26, 2010 remanding the above case to Maricopa County Superior Court for the State of Arizona.

      Sincerely,

      RICHARD H. WEARE, DCE/ CLERK OF COURT

      s/Sally Turner
      by: Deputy Clerk

Enclosure: Order and Docket Sheet